UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
STEPHANIE BUCALO.                                          ORDER

    -against-                                              CV-04-3187 (DRH)

SHELTER ISLAND UNION FREE
SCHOOL DISTRICT
------------------------------------------------------X

      IT IS HEREBY ORDERED that the parties appear on **THURSDAY, MAY 6, 2009 AT 11:00 AM** before Hon. Denis R. Hurley in Courtroom 930 of the Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722 for a final pre-trial/ Settlement conference. All counsel shall have full authority to settle the case or have their principals available by telephone.

      Counsel shall submit a letter, not more than three pages in length, stating their settlement positions. The letters should be sent to Chambers or faxed to (631) 712-5651 and received 3 days before the conference date . DO NOT file these letters on ECF**.**

      Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.

      SO ORDERED.

Dated: Central Islip, New York
      April 8, 2009

                                                      /S/
                                       Denis R. Hurley
                                       United States District Judge