AO 450 (Rev. 5/85) Judgment in a Civil Case
═══════════════════════════════════════════════════════════════════════════════

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------**X**

STEPHANIE BUCALO                                   JUDGMENT IN A CIVIL CASE
                                                                      CV-04-3187   DRH

        V.

SHELTER ISLAND UNION FREE
SCHOOL DISTRICT
---------------------------------------------------------------**X**


   X     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on March 19, 2010

         Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


        IT IS HEREBY ORDERED AND ADJUDGED    that    the Plaintiff, STEPHANIE BUCALO,

take nothing from defendant, SHELTER ISLAND UNION FREE SCHOOL DISTRICT.


        The case is dismissed with prejudice, and the Clerk is directed to close this case.



Dated:   March 19, 2010                                 ROBERT C. HEINEMANN
       Central Islip, New York                           CLERK OF THE COURT
                                                             By: PATRICIA BEST
                                                             Deputy Clerk